UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**DIRECTV INC.,**

               Plaintiff,                        DEFAULT JUDGMENT

vs.                                        CIVIL ACTION NO.: 5:03-CV-645

**IRENE WILLIAMS, KURT BERHAUPT.
DENIIS VONRONNE, JOHN BAZZI,
CHARLIE TIANO,**

               **Defendants,**

---

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:** That default judgment is entered in favour of the plaintiff DIRECTV, INC. in accordance with the Order of the Hon. Howard G. Munson, Senior United States District Judge dated September 30, 2005, in the amount of $10,501.09, which is comprised of $10,000 in statutory damages and $501.09 in attorneys' fees and costs as to each defendant: Williams, Berhaupt, Vonronne, Bazzi and Tiano.

**Dated: June 8, 2006**

                                                  **Lawrence K. Baerman**
                                                  Clerk

                                                  Phillip T. McBrearty
                                                  (by) Deputy Clerk